**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
FRANCISCO ALVAREZ,

                    Plaintiff,                    20 **CIVIL** 4950 (BCM)

      -v-                                    **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                    Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated March 1, 2021, that the decision of the Commissioner of Social Security be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. 405(g), for the purpose of issuing a favorable decision as of the date that Plaintiff attained the age of 55, and for further administrative proceedings prior to Plaintiff attainment of age 55.

**Dated:**  New York, New York
           March 1, 2021

                                                    **RUBY J. KRAJICK**
                                                  _____
                                                  **Clerk of Court**
                    **BY:**
                                                  *K. Mango*
                                                  _____
                                                      **Deputy Clerk**