UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCISCO ALVAREZ,

    Plaintiff,

-against-

ANDREW SAUL, *Commissioner of Social Security*,

    Defendant.

20-CV-4950 (BCM)

**ORDER**



**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated during today's telephonic conference, the Commissioner shall file a letter no later than **5:00 p.m. on July 12, 2021**, updating the Court and plaintiff as to the status of proceedings on remand.

Dated: New York, New York
      July 9, 2021

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**